# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

      Frank Anton

          Debtor(s)

Case No. 12 B 23245

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/07/2012.

2) The plan was confirmed on 11/05/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/03/2013.

5) The case was Dismissed on 10/28/2013.

6) Number of months from filing to last payment: 12.

7) Number of months case was pending: 19.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $20,021.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$20,021.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,131.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $860.90 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,991.90** |

Attorney fees paid and disclosed by debtor:     $369.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Alex Orthopaedics | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| Allied Interstate | Unsecured | 1,227.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 269.00 | 206.55 | 206.55 | 0.00 | 0.00 |
| Body Solutions Chiropractic & Rehab | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| Buckeye Check Cashing Of Illinois | Unsecured | 2,144.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago | Unsecured | 998.00 | 998.00 | 998.00 | 0.00 | 0.00 |
| Cook County Bureau Of Health Services | Unsecured | 2,400.00 | NA | NA | 0.00 | 0.00 |
| Cook County Bureau Of Health Services | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| Cook County Bureau Of Health Services | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| Discover Bank | Unsecured | 0.00 | 10,638.67 | 10,638.67 | 0.00 | 0.00 |
| Dish Network | Unsecured | 1,115.00 | NA | NA | 0.00 | 0.00 |
| Drs Costis | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| Eldin Dzudza Md | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| First Cash | Unsecured | 975.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 6,753.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 446.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 328.00 | 298.00 | 298.00 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 29.80 | 29.80 | 0.00 | 0.00 |
| Jasminka Kostic MD | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| John H Stroger Jr Hospital | Unsecured | 3,072.00 | NA | NA | 0.00 | 0.00 |
| JRSI INC | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| Lake Shore Open MRI And CT | Unsecured | 1,557.00 | NA | NA | 0.00 | 0.00 |
| Lakeshore Surgery Center FAC | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| Loyola Medical Center | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| Loyola Medical Center | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| Loyola Medical Center | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| Loyola Medical Center | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| Loyola Medical Center | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| Loyola Medical Center | Unsecured | 1,893.00 | NA | NA | 0.00 | 0.00 |
| Loyola Medical Center | Unsecured | 2,387.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Loyola Medical Center | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| Loyola Medicine | Unsecured | 885.00 | NA | NA | 0.00 | 0.00 |
| Loyola University Health System | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| Magnolia Lane Partners | Unsecured | 0.00 | 7,030.91 | 7,030.91 | 0.00 | 0.00 |
| Midland Funding | Unsecured | 5,350.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| Nissan Motor Acceptance Corporation | Secured | 25,000.00 | 24,651.18 | 24,651.18 | 0.00 | 0.00 |
| Physicians Immediate Care | Unsecured | 1,168.00 | 1,167.60 | 1,167.60 | 0.00 | 0.00 |
| River Forest Imaging | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| Szymanski Chiropractic Associates | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| Thorek Memorial Hospital | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| Thorek Memorial Hospital | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Home Mortgage | Secured | 403,000.00 | 340,999.07 | 340,999.07 | 0.00 | 0.00 |
| Wells Fargo Home Mortgage | Secured | 84,581.95 | 84,581.95 | 84,581.95 | 16,029.10 | 0.00 |
| West Suburban Medical Center | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| Western Touhy Anesthesia | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $340,999.07 | $0.00 | $0.00 |
| Mortgage Arrearage | $84,581.95 | $16,029.10 | $0.00 |
| Debt Secured by Vehicle | $24,651.18 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$450,232.20** | **$16,029.10** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $298.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$298.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$20,071.53** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $3,991.90 |
| Disbursements to Creditors | $16,029.10 |
| | |
| **TOTAL DISBURSEMENTS :** | **$20,021.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/10/2014                    By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**